IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                  4:08CR00435 JTR

TOMAS C. CALLEJAS

## ORDER

The Government has filed a Motion requesting dismissal of its Petty Offense Information charging Defendant with operating a motor vehicle in the National Forest System without a valid driver's license, in violation of 36 C.F.R. § 261.54(d). (Docket entry #6.) According to the Government, Defendant has paid the amount owed on Violation Notice F4195868, and therefore leave to dismiss is appropriate.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and General Order 52 of the Eastern District of Arkansas, the Government's Motion will be granted.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss (docket entry #6) is GRANTED.

Dated this 18th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE